FILED
APR 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MB  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1294-BTM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| ANTONIO RAMIREZ-GARCIA, ) | Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United |
| Defendant. ) | States and Aiding and Abetting |

The United States Attorney charges:

On or about April 6, 2008, within the Southern District of California, defendant ANTONIO RAMIREZ-GARCIA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Angelica Lopez-Alcaraz, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: April 24, 2008

KAREN P. HEWITT
United States Attorney

for Jara Singley
JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
4/16/08