KAREN P. HEWITT
United States Attorney
JEFFREY D. MOORE
Assistant United States Attorney
California State Bar No. 240595
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-7171

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  08CR 1294-BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08MJ1066 |
| Plaintiff, ) | |
| v. ) | STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON |
| ANTONIO RAMIREZ-GARCIA, ) | |
| Defendant. ) | (Pre-Indictment Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Jeffrey D. Moore, Assistant United States Attorney, and defendant ANTONIO RAMIREZ-GARCIA, by and through and with the advice and consent of defense counsel, Shaffy Moeel, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Inducing and Encouraging Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv) and (v)(II).

//

//

JDM:rp:4/16/08

M/W NOT IN CUSTODY

1  2. Defendant acknowledges receipt of a plea agreement in this case and agrees to
2  provide the signed, original plea agreement to the Government not later than five business days
3  before the disposition date set by the Court.
4  3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or
5  before **May 14, 2008**
6  4. The material witness, Angelica Lopez-Alcaraz, in this case:
7  a. Is an alien with no lawful right to enter or remain in the United States;
8  b. Was induced or encouraged by defendant to enter the United States in
9  violation of the law on or about April 6, 2008;
10 c. Was found in a vehicle driven by defendant at the San Ysidro, California Port
11 of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an
12 alien with no lawful right to enter or remain in the United States;
13 d. Was paying $4,000 to others to be brought into the United States illegally
14 and/or transported illegally to her destination therein; and,
15 e. May be released and remanded immediately to the Department of Homeland
16 Security for return to her country of origin.
17 5. After the material witnesses are ordered released by the Court pursuant to this
18 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any
19 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,
20 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:
21 a. The stipulated facts set forth in paragraph 4 above shall be admitted as
22 substantive evidence;
23 b. The United States may elicit hearsay testimony from arresting agents
24 regarding any statements made by the material witness(es) provided in discovery, and such testimony
25 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest
26 of (an) unavailable witness(es); and,
27 c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),
28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Ramirez-Garcia                2                                08MJ1066

1  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
2  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
3  waives the right to confront and cross-examine the material witness(es) in this case.

4      6.    By signing this stipulation and joint motion, defendant certifies that defendant has
5  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
6  further that defendant has discussed the terms of this stipulation and joint motion with defense
7  counsel and fully understands its meaning and effect.

8      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
9  immediate release and remand of the above-named material witness(es) to the Department of
10 Homeland Security for return to her country of origin.

11     It is STIPULATED AND AGREED this date.

12                         Respectfully submitted,

13                         KAREN P. HEWITT
14                         United States Attorney

15 Dated: 4/24/08
16                         JEFFREY D. MOORE
                        Assistant United States Attorney

17
18 Dated: 4/23/08
                        SHAFFY MOEEL
19                         Defense Counsel for Antonio Ramirez-Garcia

20 Dated: 4/23/08
                        ANTONIO RAMIREZ-GARCIA
21                         Defendant

22
23
24
25
26
27
28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Ramirez-Garcia     3                   08MJ1066

**ORDER**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 4/24/08

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Ramirez-Garcia            4                                  08MJ1066